# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MVS ROYAL OAK, L.L.C,**

      **Plaintiff,**                   **CIVIL ACTION NO. 05-CV-73512**

     **vs.**                             **DISTRICT JUDGE PATRICK J. DUGGAN**

**HTG-TIFFIN, L.L.C.,**             **MAGISTRATE JUDGE MONA K. MAJZOUB**
**HTG CORP.,**

      **Defendant.**
_____/

## OPINION AND ORDER DENYING DEFENDANT'S EMERGENCY MOTION TO STAY PROCEEDINGS FOR 45 DAYS

Before the Court is Defendant's Emergency Motion to Stay Proceedings for 45 Days, filed April 6, 2006 and referred to the undersigned for hearing and determination on April 10, 2006 by the Honorable Patrick J. Duggan. The parties fully briefed the motion, and appeared through their counsel to present oral arguments on May 8, 2006.

For the reasons stated on the record during the oral hearing, Defendant's Emergency Motion to Stay Proceedings for 45 Days is **DENIED**.

**IT IS SO ORDERED**.

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: May 11, 2006                          s/ Mona K. Majzoub
                                                       MONA K. MAJZOUB
                                                       UNITED STATES MAGISTRATE JUDGE


## **Proof of Service**

    I hereby certify that a copy of this Opinion and Order was served upon Counsel of Record on this date.

Dated: May 11, 2006                    s/ Lisa C. Bartlett  
                                                    Courtroom Deputy